IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEANGELO EARL** **PLAINTIFF**

**v.** **No. 4:26-cv-992-DPM**

**ARKANSAS DEPARTMENT OF CORRECTIONS** **DEFENDANT**

# ORDER

Earl's motion to proceed *in forma pauperis, Doc. 1*, is denied. He isn't indigent. He reports a monthly income of $8,166.67, which comes to $98,000 annually. He therefore must pay the full $405 filing fee by 30 November 2026. If he fails to do so, his complaint will be dismissed without prejudice.

So Ordered.

DPMarshall Jr.
D.P. Marshall Jr.
United States District Judge

27 October 2026